IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| QUINTAVIOUS JAMAR MACK, AIS #282495, | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:25-cv-648-ECM |
| REOSHA BUTLER, *et al.*, | ) | |
| Respondents. | ) | |

**O R D E R**

On June 2, 2026, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 10) is ADOPTED, and this case is DISMISSED with prejudice. It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

The Clerk of the Court is DIRECTED to mail a copy of this Order to the Petitioner at Bullock Correctional Facility.[1]

[1] Although the Petitioner's address of record is Kilby Correctional Facility, the ADOC website reflects that he is presently located at Bullock Correctional Facility. *See* https://www.doc.alabama.gov/InmateHistory.aspx (last visited Sept. 23, 2026).

DONE this 24th day of September, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE